Philip Thullen, appellant, v. Joseph J. Kenstovitz and Kazimer Kenstovitz, appellees. Gen. No. 33,333.

Opinion filed April 22, 1929.
Nelson & Florence, for appellant. Clarence S. Piggott, for appellees; Frank W. Steel, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

The People of the State of Illinois, on relation of Robert E. Bassett, appellant, v. William Hale Thompson et al., appellees. Gen. No. 33,148.

Opinion filed April 22, 1929. Rehearing denied and opinion modified May 6, 1929.
James J. O'Toole, for appellant; McMahon & Graber, of counsel. Samuel A. Ettelson, Corporation Counsel and James W. Breen, First Assistant Corporation Counsel, for appellees; Cora B. Hirtzel, Assistant Corporation Counsel, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

A. J. Schindler, appellee, v. William G. McNulty and John P. McNulty, trading as Wm. G. McNulty & Bros., appellants. Gen. No. 33,228.

Opinion filed April 22, 1929.
Adams & Hawley, for appellants. Walter J. Miller, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Sarah Perlin, appellee, v. Chicago Railways Company et al., operating as Chicago Surface Lines, appellants, and Julius Charnowsky. Gen. No. 33,279.

Opinion filed April 22, 1929.
George W. Miller and Arthur J. Donovan, for appellants; Frank L. Kriete and John E. Kehoe, of counsel. Paul G. Annes and Charles C. Spencer, for appellee.

Mr. Justice McSurely delivered the opinion of the court.